UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. LEON,<br><br>              Plaintiff,<br><br>       v.<br><br>AMAZON.COM SERVICES LLC,<br><br>              Defendant. | No.  2:25-cv-3546-DJC-CKD (PS)<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se and in forma pauperis.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On April 7, 2026, the Magistrate Judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections.  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY RECOMMENDED THAT:

1.  The April 7, 2026 findings and recommendations (ECF No. 16) are adopted in full;

2.  Defendant's motion to dismiss Plaintiff's wrongful termination claim (ECF No. 7) is DENIED;

3.  Defendant is directed to file an answer to the complaint no later than thirty (30) days after this date of this order; and

4.  This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated:   **May 1, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2